UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JARRETT WADE SWANIGAN,

       Petitioner,

Case No.11-11833

Honorable Patrick J. Duggan

v.

STEVEN RIVARD,

       Respondent.
_____/

## ORDER DENYING AS MOOT MOTION FOR CERTIFICATE OF APPEALABILITY

This matter is before the Court on Petitioner's motion for a certificate of appealability. Petitioner seeks a certificate of appeability pursuant to 28 U.S.C. § 2253 in order to appeal this Court's decision denying Petitioner's application for a writ of habeas corpus. The Court already denied Petitioner a certificate of appealability in its decision dated October 31, 2012 and December 20, 2012.

Accordingly,

**IT IS ORDERED**, that Petitioner's motion for certificate of appealability is **DENIED AS MOOT**.

DATE: January 16, 2013

_____
s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Jarrett Ward Swaigan #503492
3225 John Conley Dr.
Lapeer, MI 48446

Laura Moody, A.A.G.